**Electronically Filed**
**Intermediate Court of Appeals**
**28998**
**06-JAN-2012**
**08:31 AM**

NO. 28998

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


WALTER L. WAGNER, Plaintiff-Appellant
v.
WORLD BOTANICAL GARDENS, INCORPORATED, Defendant-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 04-1-232)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant Walter L. Wagner's Motion for Reconsideration filed on January 3, 2012, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, January 6, 2012.


Presiding Judge


Associate Judge


Associate Judge